IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WILLIE AARON GREEN, | * |
| Plaintiff, | * |
| v. | Case No. 3:23-cv-00125-CDL |
| | * |
| JONATHAN SURINE | |
| CARL MITCHAM | * |
| UNIFIED GOVERNMENT OF ATHENS- | |
| CLARKE COUNTY GEORGIA | * |
| Defendants. | |

## **JUDGMENT**

Pursuant to this Court's Order dated February 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of February, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk